IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:08-cr-00025-2 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEMETRIUS O'BRIEN CAMPBELL, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

On April 24, 2014, Defendant Demetrius O'Brien Campbell ("Defendant") filed a Motion to Reduce Sentence and a Motion to Appoint Counsel in the form of a handwritten letter to the Court [ECF No. 130]. Defendant seeks a two-point reduction in his offense level pursuant to the proposed Smarter Sentencing Act of 2014. *See* S. 1410/H.R. 3382, 113th Cong. (2014). Congress, however, has not yet enacted the relevant bill into law, nor has the U.S. Sentencing Commission amended the U.S. Sentencing Guidelines. As a result, this Court lacks the authority to reduce Defendant's sentence on the grounds provided. Accordingly, it is hereby **ORDERED** that Defendant's Motion to Reduce Sentence and Motion to Appoint Counsel are **DENIED.**

The Clerk is directed to send a copy of this Order to Defendant and all counsel of record.

ENTERED this 28th day of April, 2014.

                                                            s/Jackson L. Kiser
                                                            SENIOR UNITED STATES DISTRICT JUDGE