CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR - 1 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 4:08-cr-00025-2** |
| **v.** | **ORDER** |
| **DEMETRIUS OBRIEN CAMPBELL,**<br>Petitioner. | **By:** Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

## ORDERED

that the letter filed by Demetrius Obrien Campbell is construed and **DISMISSED without prejudice** as a successive motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, a certificate of appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for the United States.

ENTER: This 1st day of April, 2015.

*Jackson L. Kiser*
Senior United States District Judge